FILED

NOV 0 1 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

'07 MJ 8893

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Jose Antonio VILLALOBOS | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about October 31, 2007, within the Southern District of California, defendant Jose Antonio VILLALOBOS did knowingly and intentionally import approximately 28.04 kilograms (61.68 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Douglas A. Struckmeyer
Special Agent
U.S. Immigration & Customs
Enforcement

SWORN TO, BEFORE ME, AND SUBSCRIBED IN MY PRESENCE THIS 1st DAY OF NOVEMBER, 2007.

_____
PETER C. LEWIS
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
                    v.
Jose Antonio VILLALOBOS

                        STATEMENT OF FACTS


        This complaint is based upon the personal observations, investigation and information

provided to U.S. Immigration and Customs Enforcement Special Agent Douglas Struckmeyer.

        On October 31, 2007, Jose Antonio VILLALOBOS entered the United States at the

Calexico, CA West Port of Entry.  VILLALOBOS was the sole occupant driver and registered

owner of a 1999 Ford Windstar.  Customs and Border Protection Officer (CBPO) R. Villegas

took a negative Customs declaration from VILLALOBOS.  CBPO Villegas referred the vehicle

to secondary where CBPO Valenzuela conducted a further search of the vehicle.  During the

search, CBPO Valenzuela requested the assistance of Canine Enforcement Officer (CEO) A.

Gonzalez.

        CEO Gonzalez had his Narcotic Detector Dog (NDD) screen the Ford.  The NDD alerted

to the odor of controlled substances in the dashboard area of the Ford.  CBPO Valenzuela

continued to search the vehicle and eventually discovered a false compartment built into the floor

and firewall area of the vehicle.  Inside the compartment CBPO Valenzuela discovered twenty-

one (21) bundles of white powder.  A sample of the powder field-tested positive for cocaine.

CBPO Valenzuela arrested VILLALOBOS for importation of a controlled substance.  The total

weight of the packages was 28.04 kilograms.

        VILLALOBOS was advised of his rights per Miranda.  VILLALOBOS stated he

understood his rights and was willing to answer questions without the presence of an attorney.

VILLALOBOS gave numerous regarding his reason for going to Mexico, purchase of the vehicle

and how he crossed into the United States.